NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELI H. ALBADEE,**

*Claimant-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1332

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-5081, Judge William S. Greenberg.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    ALBADEE V. COLLINS

(2)  Each side shall bear their own costs.

FOR THE COURT

April 30, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 30, 2025